**Josiah Treharne, Appellee, v. Joseph E. Klint, Appellant.**

**Gen. No. 9,945.**

opinion filed September 19, 1944; rehearing denied January 18, 1945; released for publication January 19, 1945. Frank J. Jones, for appellant; Barr & Barr, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.